**KESSLER TOPAZ MELTZER
  & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

*Liaison Counsel for Plaintiff City of Hialeah
Employees' Retirement System*

[Additional counsel on signature page]

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | Case No. 3:26-cv-03018-CRB |
| Plaintiff, | **NOTICE OF PUBLICATION** |
| v. | |
| SUPER MICRO COMPUTER, INC., CHARLES LIANG, DAVID WEIGAND, and YIH-SHYAN "WALLY" LIAW, | |
| Defendants. | |

NOTICE OF PUBLICATION
Case No. 3:26-cv-03018-CRB

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 23-1(b), appended hereto as Exhibit A is a copy of the notice of pendency of the above-captioned action (the "Action") that counsel for Plaintiff City of Hialeah Employees' Retirement System caused to be published on April 8, 2026, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A).  On March 25, 2026, a notice of pendency of a substantially similar action captioned *Bhuva v. Super Micro Computer, Inc.*, No. 3:26-cv-02606-JSC (N.D. Cal. filed March 25, 2026) ("*Bhuva*"), was published on *Business Wire* (appended hereto as Exhibit B). Accordingly, pursuant to the PSLRA, the notice of pendency of the Action references a lead plaintiff motion deadline of May 26, 2026—*i.e.*, sixty (60) days from publication of the notice of pendency of the *Bhuva* Action.  15 U.S.C. § 78u-4(a)(3)(A).

DATED: April 29, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:      (415) 400-3000
Fax:      (415) 400-3001

*Liaison Counsel for Plaintiff City of Hialeah Employees' Retirement System*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
HANNAH ROSS
(hannah@blbglaw.com)
SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:      (212) 554-1400
Fax:      (212) 554-1444

*Counsel for Plaintiff City of Hialeah Employees' Retirement System*

**KLAUSNER KAUFMAN JENSEN
 & LEVINSON, P.A.**
ROBERT D. KLAUSNER
(bob@robertdklausner.com)
STUART A. KAUFMAN
(stu@robertdklausner.com)
7080 Northwest 4th Street
Plantation, FL 33317
Tel:      (954) 916-1202
Fax:      (954) 916-1232

NOTICE OF PUBLICATION
Case No. 3:26-cv-03018-CRB

2

# EXHIBIT A



Apr 8, 2026 5:38 PM Eastern Daylight Time

# Shareholder Alert: Bernstein Litowitz Berger & Grossmann LLP Announces the Filing of Securities Class Action Lawsuit Against Super Micro Computer, Inc.

**Share**

NEW YORK--(BUSINESS WIRE)--Today, prominent investor rights law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") filed a class action in the U.S. District Court for the Northern District of California alleging violations of the federal securities laws by Super Micro Computer, Inc. ("Super Micro" or the "Company") and certain of the Company's senior executives (collectively, "Defendants"). The action is brought on behalf of all investors who purchased or otherwise acquired Super Micro common stock between February 2, 2024, and March 19, 2026, inclusive (the "Class Period"). This case is related to a previously filed securities class action pending against Super Micro captioned *Bhuva v. Super Micro Computer, Inc.*, No. 3:26-cv-02606 (N.D. Cal.) ("*Bhuva*"), which asserts a class period of April 30, 2024, through March 19, 2026, inclusive.

BLB&G filed this action on behalf of its client, the City of Hialeah Employees' Retirement System (the "Plaintiff"), and the case is captioned *City of Hialeah Employees' Retirement System v. Super Micro Computer, Inc.*, No. 26-cv-3018 (N.D. Cal.). The complaint is based on an extensive investigation and a careful evaluation of the merits of this case. A copy of the complaint is available on BLB&G's website by clicking here.

## Super Micro's Alleged Fraud

Super Micro is a technology company that designs, builds, and sells high-performance servers, data storage systems, and related hardware used by businesses for applications such as cloud computing, artificial intelligence ("AI"),

and managing large-scale data centers. The vast majority of Super Micro's revenues are derived from the sale of servers, many of which integrate chips manufactured by Nvidia Corporation ("Nvidia").

Beginning in 2022, the U.S. Department of Commerce implemented license requirements for the export and reexport of certain technologies to China and Hong Kong, effectively barring these sales. These regulations reflect a determination by the U.S. government that the computing capabilities in advanced AI accelerator hardware are of sufficient strategic significance that their transfer to China poses an unacceptable risk to national security. Among the technologies subject to the export controls are certain chips manufactured by Nvidia.

Throughout the Class Period, Defendants expressly stated that Super Micro "follows all U.S. export control requirements on the sale and export" of Nvidia chips. Further, Defendants represented that sales to China accounted for around 1% of Super Micro's revenues and that the Company's revenue growth was being driven by its "technology and product leadership in the AI infrastructure market." Defendants also purported to warn that "[i]f we fail to comply with laws and regulations restricting dealings with sanctioned countries or companies and/or persons on restricted lists, we may be subject to civil or criminal penalties."

The truth emerged on March 19, 2026, after the market closed, when federal agents arrested Super Micro co-founder, board member, and Senior Vice President of Business Development, Defendant Yih-Shyan "Wally" Liaw. Shortly thereafter, the Department of Justice unsealed an indictment charging Liaw and two other individuals for allegedly conspiring to divert Super Micro computer servers integrating sophisticated AI technology to China, in violation of the export control rules which prevent such sales without a license. The indictment alleged that, beginning in or about 2024, the indicted individuals participated in a scheme that "caused the sale of at least approximately $2.5 billion worth" of Super Micro servers to a passthrough company in Southeast Asia, the majority of which were ultimately diverted to China. As a result of these disclosures, the price of Super Micro stock declined by $10.26 per share, or 33%.

The filing of this action does not alter the previously established deadline to seek appointment as Lead Plaintiff. Pursuant to the March 25, 2026, notice published in connection with the *Bhuva* action, under the Private Securities Litigation Reform Act of 1995, investors who purchased Super Micro common stock during the Class Period may, no later than May 26, 2026, seek to be appointed as Lead Plaintiff for the Class. Any member of the proposed Class may seek to serve as Lead Plaintiff

through counsel of their choice, or may choose to do nothing and remain a member of the proposed Class.

If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact Scott R. Foglietta of BLB&G at 212-554-1903, or via e-mail at scott.foglietta@blbglaw.com.

**About BLB&G**

BLB&G is widely recognized worldwide as a leading law firm advising institutional investors on issues related to corporate governance, shareholder rights, and securities litigation. Since its founding in 1983, BLB&G has built an international reputation for excellence and integrity and pioneered the use of the litigation process to achieve precedent-setting governance reforms. Unique among its peers, BLB&G has obtained several of the largest and most significant securities recoveries in history, recovering over $40 billion on behalf of defrauded investors. More information about the firm can be found online at www.blbglaw.com.

## Contacts

Scott R. Foglietta

Bernstein Litowitz Berger & Grossmann LLP

1251 Avenue of the Americas, 44th Floor

New York, New York 10020

(212) 554-1903

scott.foglietta@blbglaw.com

Industry:     Class Action Lawsuit    Professional Services    Legal

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**RELEASE VERSIONS**

English

**CONTACTS**

# EXHIBIT B



Mar 25, 2026 4:32 PM Eastern Daylight Time

# SMCI CLASS ACTION NOTICE: Glancy Prongay Wolke & Rotter LLP Files Securities Fraud Lawsuit On Behalf Of Super Micro Computer, Inc. Investors

Share       ···

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay Wolke & Rotter LLP ("GPWR"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Bhuva v. Super Micro Computer, Inc., et al.,* Case No. 3:26-cv-02606, on behalf of persons and entities that purchased or otherwise acquired Super Micro Computer, Inc. ("Super Micro" or the "Company") (NASDAQ: SMCI) securities between **April 30, 2024 and March 19, 2026**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"). Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR SUPER MICRO INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On March 19, 2026, after the market closed, the U.S. Justice Department announced the unsealing of an indictment against three individuals associated with Super Micro for engaging in a "scheme to divert massive quantities of servers housing U.S. artificial intelligence technology to customers in China" in violation of U.S. export control laws. The announcement stated these activities were done "***all to drive sales and generate revenues in violation of U.S. law***" and enabled the sale of ***"approximately $2.5 billion worth of servers"*** between 2024 and 2025.

According to the DOJ, Yih-Shyan Liaw (the Company's co-founder, director, and Senior Vice President of Business Development), Ruei-Tsang Chang ("a general manager in the [Super Micro's] Taiwan office"), and Ting-Wei Sun (a third-party broker and "fixer") "**_conspired to systematically divert [Super Micro's] servers with certain GPUs to China without a license to do so from the U.S. Department of Commerce._**" According to media reports, the GPUs are Nvidia's most advanced AI chips.

On the same date, Super Micro released a statement seeking to distance itself from the indictment by noting that the Company has not directly been named a defendant in the Justice Department action. However, the Company confirmed that the charged individuals had been affiliated with Super Micro, stating that the two employees were placed on administrative leave and the contractor's relationship was terminated. The statement claimed the "Company has been cooperating fully with the government's investigation and will continue to do so."

On this news, Super Micro's stock price fell $10.26, or 33.3%, to close at $20.53 per share on March 20, 2026, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors that: (1) a significant portion of the Company's sales of servers were to companies based in China; (2) these transactions violated U.S. export control laws; (3) there were material weaknesses in the Company's controls to ensure compliance with applicable export control laws and regulations; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired Super Micro securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**
If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please

contact us:

Charles Linehan, Esq.,

Glancy Prongay Wolke & Rotter LLP,

1925 Century Park East, Suite 2100,

Los Angeles California 90067

Email: shareholders@glancylaw.com

Telephone: 310-201-9150,

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay Wolke & Rotter LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**          Class Action Lawsuit     Professional Services     Legal