Docusign Envelope ID: 0C636D08-55BD-87BF-82BF-501FF95334D1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City of Hialeah Employees Retirement System

Plaintiff,

v.

Super Micro Computer, Inc. et al.

Defendants.

Case No. 3:26-cv-03018-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, __Nelson A. Boxer__, an active member in good standing of the bar of __the State of New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Yih-Shyan Liaw__ in the above-entitled action. My local co-counsel in this case is __Daniel Z. Goldman__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __342368__.

Petrillo Klein + Boxer LLP
655 Third Avenue, 12th Floor
New York, NY 10017
MY ADDRESS OF RECORD

Bienert Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 370-0338
MY TELEPHONE # OF RECORD

(949) 369-3700
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

nboxer@pkbllp.com
MY EMAIL ADDRESS OF RECORD

dgoldman@bklwlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __2188126__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2026

*Nelson Boxer*

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ Nelson A. Boxer _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 6, 2026

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2