BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
ELENA HADJIMICHAEL, State Bar No. 355715
elena.hadjimichael@freshfields.com
CARL P. HUDSON, State Bar No. 317201
carl.hudson@freshfields.com
FRESHFIELDS US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendants Super Micro Computer, Inc.,
Charles Liang, and David Weigand*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPER MICRO COMPUTER, INC., CHARLES LIANG, DAVID WEIGAND, and YIH-SHYAN "WALLY" LIAW,<br><br>Defendants. | Case No.: 3:26-cv-03018-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESPONSE TO CLASS ACTION COMPLAINT** |

STIP. AND [~~PROPOSED~~] ORDER RE RESPONSE TO COMPLAINT
CASE NO. 3:26-cv-03018-CRB

## JOINT STIPULATION

Plaintiff City of Hialeah Employees' Retirement System ("Hialeah") and Defendants Super Micro Computer, Inc., Charles Liang, David Weigand, and Yih-Shyan "Wally" Liaw ("Defendants" and collectively with Plaintiff, the "Parties"), in the above-captioned case, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 8, 2026, Plaintiff filed a class action complaint (the "Complaint") against Defendants, ECF No. 1;

WHEREAS, the Complaint asserts claims arising under the Securities and Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u–4;

WHEREAS, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel following public notice of the Complaint, 15 U.S.C. § 78u–4(a)(3), for which opening briefs are due May 26, 2026, *see* ECF No. 16;

WHEREAS, Defendants' current deadline to respond to the Complaint is June 15, 2026, *see* ECF No. 12;

WHEREAS, the Court issued an Order Setting Initial Case and ADR deadlines, ECF No. 6, setting the following deadlines: (i) June 22, 2026, for the Parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, and to file the ADR certification; (ii) July 3, 2026, for the Parties to make initial disclosures and file a Joint Case Management Statement; and (iii) July 10, 2026, at 8:30 a.m. for an Initial Case Management Conference;

WHEREAS, the PSLRA provides that "discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an operative complaint that will supersede the Complaint and that Defendants will move to dismiss the operative complaint;

WHEREAS, given the requirements of the PSLRA and to conserve their resources and the Court's resources before the appointment of lead plaintiff and lead counsel, the Parties have agreed that Defendants need not respond to the Complaint and respectfully submit that good cause exists to vacate the Initial Case Management Conference and associated deadlines until after Defendants' anticipated motion to dismiss the operative complaint; and

WHEREAS, no party has previously requested or received time for an extension to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by the Parties, through their undersigned counsel of record, subject to the Court's approval, as follows:

1. The Parties agree that Defendants need not respond to the Complaint.

2. Following appointment of lead plaintiff, Defendants will confer with lead plaintiff's counsel and submit a proposed schedule for the filing of an operative complaint and a briefing schedule on a motion to dismiss.

3. The Initial Case Management Conference set for July 10, 2026 is vacated, along with any associated deadlines, until after the Court's ruling on Defendants' anticipated motion to dismiss.

4. Nothing in this Stipulation shall be construed as a waiver of any Party's rights, positions, or defenses.

IT IS SO STIPULATED.

STIP. AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO. 3:26-cv-03018-CRB

Dated: May 8, 2026

FRESHFIELDS US LLP

By: */s/ Boris Feldman*
    Boris Feldman

*Attorneys for Defendants Super Micro Computer, Inc., Charles Liang, and David Weigand*

BIENERT KATZMAN LITTRELL WILLIAMS LLP

By: */s/ Daniel Z. Goldman*
    Daniel Z. Goldman

*Attorneys for Defendant Yih-Shyan "Wally" Liaw*

KESSLER TOPAZ MELTZER & CHECK, LLP

By: */s/ Jennifer L. Joost*
    Jennifer L. Joost

*Attorneys for Plaintiff City of Hialeah Employees' Retirement System*

STIP. AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO. 3:26-cv-03018-CRB

[PROPOSED] ORDER

Pursuant to the stipulation, **IT IS SO ORDERED.**

Dated:   May 8, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO. 3:26-cv-03018-CRB